**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

KATRINA BARRON,

        Plaintiff,

        v.                             Case No. 3:11-cv-440-JVB-CAN

THE UNIVERSITY OF NOTRE DAME
Du LAC,

        Defendant.

## ORDER

On April 8, the Court held an oral argument regarding Plaintiff's motion for sanctions. Plaintiff believes that Defendant failed to timely supplement its discovery responses. According to Plaintiff, Defendant's exhibits B, E, Z, II, LL, NN, and TT fall within the scope of late disclosures.

Having heard the parties' arguments, the Court finds that Plaintiff's motion for sanctions is unwarranted. Plaintiff's post-discovery motion asking that Defendant supplement its discovery was denied by Magistrate Judge, and Plaintiff has not presented anything showing that Defendant's counsel failed to disclose these exhibits as soon as she knew of them.

However, because the exhibits, and especially exhibit Z, appear to be central to trial issues, in the interest of balance, the Court will allow Plaintiff to depose anyone who is directly related to the creation of these exhibits. Any depositions must be limited to the matters stated in the exhibits. The trial date of April 18, 2016, is unaffected by this order.

SO ODERED on April 11, 2016.

                            S/ Joseph S. Van Bokkelen
                            JOSEPH S. VAN BOKKELEN
                            UNITED STATES DISTRICT JUDGE